(Official Form 1) (12/03)

| FORM B1 United States Bankruptcy Court Western District of Washington | Voluntary Petition |
|---|---|

| Name of Debtor ( if individual, enter Last, First, Middle): Northland Fisheries, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. ( if more than one, state all): 91-1428597 | Last four digits of Soc. Sec./Complete EIN or Tax I.D. No. ( if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): 1900 West Nickerson Street, Suite 116-12 Seattle, WA 98119 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: King | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor ( Check the Applicable Boxes)

**Venue** (Check any applicable box)
[X] Debtor has been domiciled or has had a residence, principal pace of business, or principal assets in this District for 180 days immediately Preceding the date of this petition of for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | Chapter or Section or Bankruptcy Code Under Which the Petition is Filed (check one box) |
|---|---|
| [ ] Individual  [ ] Railroad  [X] Corporation  [ ] Stockbroker  [ ] Partnership  [ ] Commodity Broker  [ ] Other  [ ] Clearing Bank | [X] Chapter 7   [ ] Chapter 11   [ ] Chapter 13  [ ] Chapter 9   [ ] Chapter 12  [ ] Sec. 304 – Case ancillary to foreign proceeding |
| **Nature of Debts** ( Check one box)  [ ] Consumer/Non-Business   [X] Business | **Filing Fee** (Check one Box)  [X] Full Filing Fee attached  [ ] Filing Fee to be paid in installments(Applicable to individuals only) Must attach signed application for the court's consideration Certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)  [ ] Debtor is a small business as defined in 11 U.S.C. § 101  [ ] Debtor is and elects to be considered a small business Under 11 U.S.C. § 1121(E) (optional) | |

**Statistical/Administrative Information** (Estimates only)
[X] Debtor estimates that funds will be available for distribution to unsecured creditors.
[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses pai be no funds available for distribution to unsecured creditors.

Estimated number of creditors:   1-15 [X]   16-49 [ ]   50-99 [ ]   100-199 [ ]   200-999 [ ]

Estimated Assets
| $0 to $50,000 | $50,000 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10,000,000 | $10,000,001 to $50 million | $50,000,001 to $100,000,000 |
|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] |

Estimated Debts
| $0 to $50,000 | $50,000 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10,000,000 | $10,000,001 to $50 million | $50,000,001 to $100,000,000 |
|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

THIS SPACE FOR COURT

```
Case # : 06-12687-SJS7
Debtor.: NORTHLAND FISHERIES INC
Judge..: SAMUEL STEINER
Trustee: ROBERT STEINBERG
    341: 09/14/06   @ 12:00pm
Chapter: 7
------------------------------
Filed  : August 11, 2006  16:58:25
Deputy : CYNDI TAMAYAO
Receipt: 132467
Amount : $299.00
------------------------------
RELIEF ORDERED
Clerk, U.S. Bankruptcy Court
```

| Voluntary Petition | Name of Debtors(s): | FORM B1, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | Northland Fisheries, Inc. | |

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

X _*[signature]*_____
Signature of Attorney for Debtor(s)

Sheena R. Aebig                    07166
Printed Name of Attorney for Debtor(s)   Bar ID Number

Williams, Kastner & Gibbs PLLC
Firm Name

601 Union Street, Suite 4100, Seattle, WA 98101
Address

206.628.6600
Telephone Number

Date 8/11/06

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _*[signature]*_____
Signature of Authorized Individual

Mark F. Maring
Printed Name of Authorized Individual

President
Title of Authorized Individual

8/11/06
Date

### Exhibit A
(To Be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15 (d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____   8/11/06
Signature of Attorney for Debtor(s)     Date

### Exhibit C
Does the Debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who Prepared or assisted in preparing this document.

If more that one person prepared this document, attach additional Sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

8/11/06
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156