HONORABLE TIMOTHY W. DORE

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re

MARK FOXTON MARING, individually and as successor in interest to F/V TIGER, INC.; FRANCES M. INC.; MARK F. MARING ENTERPRISES II, INC.; POLMAR FISHERIES INC.; POLMAR INTERNATIONAL INC.; POLMAR INTERNATIONAL I, LLC, all Washington companies,

                Debtors.

In re

BLUE ICE, INC.,

                Debtor.

In re

DESTINY SEAFOODS LLC,

                Debtor.

In re

EAGLE INC.,

                Debtor.

**Lead Case No. 06-12691-SJS**
(06-12681, 06-12688, 06-12684, 06-12682, 06-12683, 06-12687, 06-12689, and 06-12690)

ORDER AUTHORIZING BUSH STROUT & KORNFELD LLP TO WITHDRAW AS COUNSEL FOR CREDITORS PG ALASKA CRAB INVESTMENT CO., LLC, NORTHERN ORION II, INC. AND PADILLI, LLC

**CLERK'S ACTION REQUIRED**

ORDER AUTHORIZING BUSH STROUT & KORNFELD LLP TO WITHDRAW AS COUNSEL FOR CREDITORS PG ALASKA CRAB INVESTMENT CO., LLC, NORTHERN ORION II, INC. AND PADILLI, LLC – Page 1

1354 24001 wh03cp04tp.002

BUSH STROUT & KORNFELD
LAW OFFICES
5500 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Case 06-12687-TWD    Doc 20    Filed 09/22/11    Ent. 09/22/11 11:48:17    Pg. 1 of 3

| | |
|---|---|
| 1 | In re |
| 2 | MARK MARING II, INC., |
| |                 Debtor. |

In re

MARK MARING II, INC.,
                Debtor.

In re

NORTHERN ORION, INC.,
                Debtor.

In re

NORTHLAND FISHERIES, INC.,
                Debtor.

In re

ORION FISHERIES INC.,
                Debtor.

In re

SITKIN ISLAND INC.,
                Debtor.

THIS MATTER came before the Court upon the Motion for Leave to Withdraw as Counsel for Creditors PG Alaska Crab Investment Co., LLC, Northern Orion II, Inc. and Padilli, LLC ("Motion") filed by Bush Strout & Kornfeld LLP ("BSK"). The Court has reviewed the files and records herein and finds that cause exists for the requested relief. Now, therefore, it is hereby

ORDERED:

1. That the Motion is granted; and

2. That BSK is authorized to withdraw as counsel for PG Alaska Crab Investment Co.; LLC; Northern Orion II, Inc. and Padilli, LLC in the above-captioned bankruptcies, with such withdrawal effective as of the date of entry of this Order.

ORDER AUTHORIZING BUSH STROUT & KORNFELD LLP TO WITHDRAW AS COUNSEL FOR CREDITORS PG ALASKA CRAB INVESTMENT CO., LLC, NORTHERN ORION II, INC. AND PADILLI, LLC – Page 2

BUSH STROUT & KORNFELD
LAW OFFICES
5500 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

3. The Clerk is directed to spread this Order of Withdrawal from the lead case number to all cases in which BSK has filed a Request for Special Notice for PG Alaska, including case numbers:

**Lead Case No. 06-12691**
Case No. 06-01441
Case No. 06-12681
Case No. 06-12688
Case No. 06-12684
Case No. 06-12682
Case No. 06-12683
Case No. 06-12687
Case No. 06-12689
Case No. 06-12690
Case No. 06-12691

Furthermore, the Clerk shall treat this Order of Withdrawal as a Request for No Further Notice in the aforementioned cases and remove Gayle E. Bush and Christine M. Tobin-Presser and any other attorneys at BSK who may have filed Requests for Special Notices (email addresses reference the bskd.com domain name) from the bankruptcy court's email noticing lists and mailing matrices in the aforementioned case numbers.

DATED this ___ day of September, 2011

_____
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

HONORABLE TIMOTHY W. DORE
United States Bankruptcy Judge

Presented by:

BUSH STROUT & KORNFELD

By   /s/ Christine M. Tobin-Presser
   Christine M. Tobin-Presser, WSBA #27628
   Gayle E. Bush, WSBA #07318

ORDER AUTHORIZING BUSH STROUT & KORNFELD LLP TO WITHDRAW AS COUNSEL FOR CREDITORS PG ALASKA CRAB INVESTMENT CO., LLC, NORTHERN ORION II, INC. AND PADILLI, LLC – Page 3
1354 24001 wh03cp04tp.002

BUSH STROUT & KORNFELD
LAW OFFICES
5500 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Case 06-12687-TWD    Doc 20    Filed 09/22/11    Ent. 09/22/11 11:48:17    Pg. 3 of 3